UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | **2:25-cv-12175-MCS-KS** | Date | February 19, 2026 |
|---|---|---|---|
| Title | *Domeneghetti v. Blue Star Claims LLC* | | |

Present: The Honorable    Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court issued an order requiring the parties to submit a Joint Rule 26(f) Report at least 14 days before the Scheduling Conference. (Order Setting Scheduling Conference § I, ECF No. 11.) To date, no report has been filed.

The Court continues the Scheduling Conference to March 16, 2026, at 10:00 a.m. The parties are ordered to show cause why sanctions should not be imposed for failure to comply with the Court's Order Setting Scheduling Conference. The parties shall respond in writing within seven days of entry of this Order. In lieu of filing a response, the order to show cause will discharge upon the filing of a Joint Rule 26(f) Report.

Failure to comply with this Order or the Order Setting Scheduling Conference may result in dismissal of this action for lack of prosecution or other sanctions without further notice.

**IT IS SO ORDERED.**